**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIGUEL ILAW, | No. 20-16553 |
| Plaintiff-Appellant, | D.C. No. 3:20-cv-03836-EMC |
| v. | |
| LUCY H. KOH, USDC, Judge, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Edward M. Chen, District Judge, Presiding

Submitted August 17, 2021[**]

Before:     SILVERMAN, CHRISTEN, and LEE, Circuit Judges.

Miguel Ilaw appeals pro se from the district court's judgment dismissing his

42 U.S.C. § 1983 action alleging civil rights violations stemming from Ilaw's

employment discrimination lawsuit brought in 2011. We have jurisdiction under

28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1915(e)(2)(B).  *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012).  We affirm.

The district court properly dismissed Ilaw's action as barred by judicial immunity.  *See Duvall v. County of Kitsap*, 260 F.3d 1124, 1133 (9th Cir. 2001) (describing factors relevant to the determination of whether an act is judicial in nature and subject to absolute judicial immunity).

Ilaw's request that further proceedings take place only in this court, set forth in the opening brief, is denied.

**AFFIRMED.**